**97–598. State ex rel. Spillman v. Dept. of Pub. Safety, Div. of Police, Pub. Records Unit.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss

sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.